Fill in this information to identify the case:

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (if known): _____    Chapter ___7___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Affiliated Solutions Company, LLC |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Affiliated Truck Sales<br>Affiliated Solutions Company |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8  3 – 4  4  5  8  8  4  9 |

**4. Debtor's address**

**Principal place of business**

Attn: Affiliated Solutions Member

345 Hurt Rd Se
Number        Street

Smyrna, GA 30082-3032
City                              State      ZIP Code

Cobb
County

**Mailing address, if different from principal place of business**

_____
Number        Street

_____
City                              State      ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number        Street

_____
City                              State      ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | https://affiliatedtrucksales.com/ |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor ___Affiliated Solutions Company, LLC_____  Case number *(if known)* _____
       Name

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____  When _____  Case number _____
                                        MM / DD / YYYY

        District _____  When _____  Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____  Relationship _____

        District _____  When _____
                                                MM / DD / YYYY

        Case number, if known _____

Debtor    Affiliated Solutions Company, LLC _____     Case number *(if known)* _____
          Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>   What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>   Number    Street<br><br>_____ _____ _____<br>   City        State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

## ■ Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99    ☐ 1,000-5,000  ☐ 5,001-10,000    ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199 ☐ 200-999  ☐ 10,001-25,000    ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000         ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor    Affiliated Solutions Company, LLC           Case number *(if known)* _____
       Name

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**     Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/25/2023 _____
         MM/ DD/ YYYY

**X** /s/ William Cook _____          William Cook _____
    Signature of authorized representative of debtor     Printed name

Title _____ Managing Member _____

**18. Signature of attorney**

**X** _____ /s/ Brian Near _____    Date 08/25/2023 _____
    Signature of attorney for debtor             MM/ DD/ YYYY

   Brian Near _____
   Printed name

   Near Law Firm _____
   Firm name

   3867 Holcomb Bridge Rd Ste 500 _____
   Number      Street

   Peachtree Cor _____   GA ___   30092-2210 _____
   City               State    ZIP Code

   (770) 242-0850 _____   nearlawfirm@hotmail.com _____
   Contact phone             Email address

   536170 _____   GA _____
   Bar number             State

| Fill in this information to identify the case: |
|---|
| Debtor name      Affiliated Solutions Company, LLC |
| United States Bankruptcy Court for the:     Northern District of Georgia |
| Case number (if known): _____ |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**
☒ No. Go to Part 2.
☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| **2. Cash on hand** | _____ |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | |
| Name of institution (bank or brokerage firm)     Type of account     Last 4 digits of account number | |
| None | |
| **4. Other cash equivalents** *(Identify all)* | |
| None | |
| **5. Total of Part 1** | |
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $0.00 |

### Part 2:   Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**
☒ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **7. Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| None | |

Debtor    **Affiliated Solutions Company, LLC**                                    Case number *(if known)* _____
           Name

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**None**

**9.  Total of Part 2**

Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                    $0.00

| Part 3: | Accounts receivable |
|---|---|

**10.  Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**11.  Accounts Receivable**

| 11a. 90 days old or less: | _____ - _____ = ......➔ | _____ |
|---|---|---|
|  | face amount    doubtful or uncollectible accounts |  |
| 11b. Over 90 days old: | $4,130.00 - $350.00 = ......➔ | $3,780.00 |
|  | face amount    doubtful or uncollectible accounts |  |

**12.  Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                    $3,780.00

| Part 4: | Investments |
|---|---|

**13.  Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of fund or stock:                    % of ownership:

**None**

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

Debtor    **Affiliated Solutions Company, LLC**
Name                                                                Case number *(if known)*

**None**

**17.** **Total of Part 4**                                                                              $0.00
Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.

**Part 5:** Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**
☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| None | | | | |
| **20.** **Work in progress** | | | | |
| None | | | | |
| **21.** **Finished goods, including goods held for resale** | | | | |
| None | | | | |
| **22.** **Other inventory or supplies** | | | | |
| 22.1 Title to 2017 Volvo VNL64T780 VIN# 4V4NC9EH2HN973092 sold/delivered to Fadol Brown/Masslanta Express but Title not delivered bc State Sales Tax of $3,780 was not paid by Buyer after repeated requests. | 11/02/2022 MM / DD / YYYY | (Unknown) | | (Unknown) |

**23.** **Total of Part 5**                                                                              $0.00
Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

Debtor    **Affiliated Solutions Company, LLC**    Case number *(if known)* _____
Name

---

**27.  Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | | |

**28.  Crops — either planted or harvested**

None

**29.  Farm animals** *Examples*: Livestock, poultry, farm-raised fish

None

**30.  Farm machinery and equipment** (Other than titled motor vehicles)

None

**31.  Farm and fishing supplies, chemicals, and feed**

None

**32.  Other farming and fishing-related property not already listed in Part 6**

None

**33.  Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.                                   _____ $0.00

**34.  Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 7:** Office furniture, fixtures, and equipment: and collectibles

---

Debtor  __**Affiliated Solutions Company, LLC**__          Case number *(if known)* _____
          Name

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. Office furniture**

**None**

**40. Office fixtures**

**None**

**41. Office equipment, including all computer equipment and communication systems equipment and software**

| 41.1 __2019 HP laptop computer 1__ | $0.00 | https://www.itsworthmore.com /sell/laptop | $35.00 |
|---|---|---|---|

**Additional Page Total** - *See continuation page for additional entries*          $35.00

**42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**None**

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.          $70.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

Debtor    **Affiliated Solutions Company, LLC**                                    Case number *(if known)* _____
Name

**None**

48. **Watercraft, trailers, motors, and related accessories** *Examples:*
    Boats, trailers, motors, floating homes, personal watercraft, and fishing
    vessels

    **None**

49. **Aircraft and accessories**

    **None**

50. **Other machinery, fixtures, and equipment (excluding farm machinery
    and equipment)**

    **None**

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                                                    _____ $0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 9: | Real Property |
|---|---|

54. **Does the debtor own or lease any real property?**
    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

| General description<br><br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

    **None**

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.          _____ $0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

| Debtor | **Affiliated Solutions Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 10:    Intangibles and Intellectual Property**

---

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

None

61. **Internet domain names and websites**

None

62. **Licenses, franchises, and royalties**

None

63. **Customer lists, mailing lists, or other compilations**

None

64. **Other intangibles, or intellectual property**

None

65. **Goodwill**

None

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                                      $0.00

67. **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    **Affiliated Solutions Company, LLC**                                    Case number *(if known)* _____
          Name

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
    Description (include name of obligor)

    **None**

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    **None**

73. **Interests in insurance policies or annuities**

    **None**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **None**

75. **Other contingent and unliquidated claims or causes of action of every nature,
    including counterclaims of the debtor and rights to set off claims**

    **None**

76. **Trusts, equitable or future interests in property**

    **None**

77. **Other property of any kind not already listed** *Examples:* Season tickets,
    country club membership

    **None**

78. **Total of Part 11**
    Add lines 71 through 77. Copy the total to line 90.                                            **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    __**Affiliated Solutions Company, LLC**__    Case number *(if known)* _____
Name

---

**Part 12:** Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $3,780.00 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $70.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88.** **Real property.** *Copy line 56, Part 9*............................................................ | → | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $3,850.00 | + 91b. $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ....................................................................... | | $3,850.00 |

Debtor    **Affiliated Solutions Company, LLC**
Name

Case number *(if known)*

---

■ **Additional Page**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **41.  Office equipment - *Continued*** | | | |
| 41.2  **2019 HP laptop computer 2** | $0.00 | https://www.itsworthmore.com /sell/laptop | $35.00 |

Fill in this information to identify the case:

Debtor name    Affiliated Solutions Company, LLC

United States Bankruptcy Court for the:    Northern    District of    Georgia
                                                           (State)

Case number (if known): _____

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | *Column B*<br>**Value of collateral<br>that supports this<br>claim** |
| --- | --- | --- |

**2.1 Creditor's name**

U.S. Small Business Administration

**Creditor's mailing address**

Office of Disaster Assistance

14925 Kingsport Rd

Fort Worth, TX 76155-2243

**Creditor's email address, if known**

_____

**Date debt was incurred**    05/27/2020

**Last 4 digits of account number**    7 8 0 5

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to a lien**

2019 HP laptop computer 1, 2019 HP laptop computer 2, Billy Cook Held Petty Cash

**Describe the lien**

Security Agreement

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Amount of claim | Value of collateral |
| --- | --- |
| $32,000.00 | $70.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $32,000.00

Debtor    Affiliated Solutions Company, LLC
          _____        Case number (if known) _____
          Name

| Part 1: | Additional Page |
|---|---|

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

U.S. Small Business Administration

**Creditor's mailing address**

Director, Records Mgmt Div

409 3rd St., SW

Washington, DC 20416

**Creditor's email address, if known**

_____

| **Date debt was incurred** | 05/07/2020 |
|---|---|

| **Last 4 digits of account number** | 7   8   0   5 |
|---|---|

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

        _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Title to 2017 Volvo VNL64T780 VIN# 4V4NC9EH2HN973092 sold/delivered to Fadol Brown/Masslanta Express but Title not delivered bc State Sales Tax of $3,780 was not paid by Buyer after repeated requests.

**Describe the lien**

Security Agreement

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: unknown

Column B: unknown

Fill in this information to identify the case:

Debtor name _____Affiliated Solutions Company, LLC_____

United States Bankruptcy Court for the:

_____Northern District of Georgia_____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.    Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.    List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

Georgia Department of Revenue

Compliance Division ARCS - Bankruptcy

1800 Century Blvd Ne # 9100

Atlanta, GA 30345-3202

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

**Remarks:**
Taxes on Sale of 2017 Volvo to Masslanta Express LLC would have been $3,780.00 but sale not recorded due to buyer failing to remit such taxes to Debtor since Nov 2, 2022 after repeated requests.

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Total claim: **unknown**    Priority amount: **unknown**

**2.2** Priority creditor's name and mailing address

Georgia Department of Revenue

Compliance Division ARCS - Bankruptcy

1800 Century Blvd Ne # 9100

Atlanta, GA 30345-3202

Date or dates debt was incurred

01/31/2023

Last 4 digits of account
number **8   1   8   8**

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

**Remarks:** Tax period ending 1/31/2023

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the Claim:**

Sales & Use Tax Charge

**Is the claim subject to offset?**

☑ No

☐ Yes

Total claim: **$30.00**    Priority amount: **$30.00**

Debtor  **Affiliated Solutions Company, LLC**                    Case number *(if known)* _____
     Name

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**

Interstate Billing Service, Inc.

PO Box 2250

Decatur, AL 35609

Date or dates debt was incurred _____

Last 4 digits of account number  8  4  6  4

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Supply

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim:** $27,400.00

---

**3.2** **Nonpriority creditor's name and mailing address**

All American Bonds & Insurance

PO Box Box 4955

Winter Park, FL 32793

Date or dates debt was incurred  03/21/2023

Last 4 digits of account number  L  i  a  b

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Insurance Premiums

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim:** $1,355.00

---

**3.3** **Nonpriority creditor's name and mailing address**

FW Fleet Clean, LLC

PO Box Box 5059

San Luis Obispo, CA 93403

Date or dates debt was incurred _____

Last 4 digits of account number  5  6  9  5

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Contract Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim:** $917.04

---

**3.4** **Nonpriority creditor's name and mailing address**

Georgia Power

Revenue Recovery

Po Box 105537

Atlanta, GA 30348-5537

Date or dates debt was incurred  02/23/2023

Last 4 digits of account number  6  0  4  6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

**Amount of claim:** $221.00

Debtor    **Affiliated Solutions Company, LLC**                                    Case number *(if known)* _____
Name

---

**Part 2:**  Additional Page

---

| **3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $54,000.00 |
|---|---|---|---|

**MASSLANTA EXPRESS LLC**

**Fadol Brown**

**4053 Staghorn Ct**

**Douglasville, GA 30135-4274**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Purchase Money for 2017 Volvo VNL64T780 Nov 2022**

Date or dates debt was incurred    **11/02/2022**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

**Remarks:**
Vehicle sold to Fadol Brown/Masslanta Express, LLC for $54,000 on 11/2/2022 but title never delivered because state taxes of $3,780.00 remain unpaid by buyer.

---

| **3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $566,234.21 |
|---|---|---|---|

**Mitsubishi HC Capital America, Inc.**

**800 Connecticut Ave 4N**

**Norwalk, CT 06854**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Loan**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **1  7  0  1**

---

| **3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,000.00 |
|---|---|---|---|

**Truck Paper**

**c/o Sandhills Global**

**PO Box 85673**

**Lincoln, NE 68501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Contract Services**

Date or dates debt was incurred    _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **1  8  8  0**

---

| **3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $51,738.55 |
|---|---|---|---|

**United Community Bank**

**9100 Covington Bypass**

**Covington, GA 30014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business Loan**

Date or dates debt was incurred    **06/30/2022**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **6  2  6  5**

---

Debtor    **Affiliated Solutions Company, LLC**
Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |
|---|---|

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,279.00 |
|---|---|---|---|

**Varsity Driveaway**

**23716 W. 83rd Terrace**

**Shawnee, KS 66227**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Contract Services

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 3 0 5 4

Remarks: 10/28/22 was last

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,600.00 |
|---|---|---|---|

**Wells Fargo Bank, N.A.**

**420 Montgomery Street**

**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Credit Cards

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 7 9 6 3

---

Debtor  __Affiliated Solutions Company, LLC__
        Name                                              Case number *(if known)* _____

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **MASSLANTA EXPRESS LLC**<br>**Fadol Brown**<br>**4053 Staghorn Ct**<br>**Douglasville, GA 30135-4274** | Line **2.1**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2  **Mitsubishi HC Capital America**<br>**777 International Parkway Suite 240**<br>**Flower Mound, TX 75022** | Line **3.6**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3  **Sanders, Ranck & Skilling, P.C.**<br>**Brian Ranck, Esq.**<br>**Po Box 1005**<br>**Toccoa, GA 30577-1417** | Line **3.8**<br>☐ Not listed. Explain _____ | **2  9  8  1** |
| 4.4  **Vanguard Truck Holdings, LLC**<br>**34 Old Ivy Rd Ne Ste 200**<br>**Atlanta, GA 30342-4560** | Line **3.1**<br>☐ Not listed. Explain _____ | **8  4  6  4** |
| 4.5  **Wells Fargo Card Services**<br>**P.O. Box 51193**<br>**Los Angeles, CA 90051** | Line **3.10**<br>☐ Not listed. Explain _____ | **7  9  6  3** |

Debtor    **Affiliated Solutions Company, LLC**                                      Case number *(if known)*
             Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$30.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$720,744.80** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$720,774.80** |

Fill in this information to identify the case:

Debtor name _____ Affiliated Solutions Company, LLC _____

United States Bankruptcy Court for the:
_____ Northern District of Georgia _____

Case number (if known): _____    Chapter ___7___

☐ Check if this is an
amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name __**Affiliated Solutions Company, LLC**__

United States Bankruptcy Court for the: _____**Northern**_____ District of ____**Georgia**____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

__Official Form 206H__

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively.
Attach the Additional Page to this page.**

| | |
|---|---|
| **1.** | **Does the debtor have any codebtors?** |
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes |
| **2.** | **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2. |

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Brett Underwood | 201 N Lancaster Ct<br>Street<br>201 N Lancaster Ct<br>Wichita, KS 67230-7807<br>City    State    ZIP Code | U.S. Small Business Administration | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Cook, William | 345 Hurt Rd Se<br>Street<br><br>Smyrna, GA 30082-3032<br>City    State    ZIP Code | United Community Bank | ☐ D<br>☑ E/F<br>☐ G |
| | | Mitsubishi HC Capital America, Inc. | ☐ D<br>☑ E/F<br>☐ G |
| | | Interstate Billing Service, Inc. | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 Underwood, Brett | 201 N Lancaster Ct<br>Street<br><br>Wichita, KS 67230-7807<br>City    State    ZIP Code | United Community Bank | ☐ D<br>☑ E/F<br>☐ G |
| | | Mitsubishi HC Capital America, Inc. | ☐ D<br>☑ E/F<br>☐ G |
| | | Interstate Billing Service, Inc. | ☐ D<br>☑ E/F<br>☐ G |

Debtor   **Affiliated Solutions Company, LLC**                          Case number (if known) _____
           Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.4 | _____ | _____<br>Street<br>_____<br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | _____ | _____<br>Street<br>_____<br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | _____ | _____<br>Street<br>_____<br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case:

Debtor name _____ Affiliated Solutions Company, LLC _____

United States Bankruptcy Court for the:
_____ Northern District of Georgia _____

Case number (if known): _____    Chapter ___7___

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*........................................................................ | $0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................................... | $3,850.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................... | $3,850.00

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | $32,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................... | $30.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................... | + $720,744.80

4. **Total liabilities**............................................................................................ | $752,774.80
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name _____Affiliated Solutions Company, LLC_____

United States Bankruptcy Court for the:
_____Northern District of Georgia_____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $78,000.00 |
| **For prior year:** | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY        MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $3,707,818.00 |
| **For the year before that:** | From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY        MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $4,590,837.00 |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023 to Filing date<br>MM/ DD/ YYYY | William Cook, Member | $12,000.00 |
| **For prior year:** | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY        MM/ DD/ YYYY | William Cook, Member | $25,000.00 |
| **For the year before that:** | From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY        MM/ DD/ YYYY | | |

Debtor   Affiliated Solutions Company, LLC                          Case number (if known)
         Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ Creditor's name _____ Street _____ _____ City   State   ZIP Code | _____ _____ _____ | _____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Mitsubishi HC Capital America, Inc. Creditor's name 800 Connecticut Ave 4N Street Norwalk, CT 06854 City   State   ZIP Code **Relationship to debtor** Creditor | 01/27/2023 02/03/2023 12/21/2022 | $45,735.87 | Inventory Line of Credit |
| 4.2. Interstate Billing Service, Inc. Creditor's name PO Box 2250 Street Decatur, AL 35609 City   State   ZIP Code **Relationship to debtor** Creditor | 12/12/2022 06/27/2022 07/21/2022 06/21/2023 08/10/2022 10/13/2022 | $26,631.21 | Loan Payments |

Official Form 207                  Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                  page **2**

Debtor   Affiliated Solutions Company, LLC                                    Case number *(if known)*
         Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. Mitsubishi HC Capital America, Inc.<br>Creditor's name<br><br>800 Connecticut Ave 4N<br>Street<br><br><br>Norwalk, CT 06854<br>City                State      ZIP Code | Semi Tractor Inventory: 2015 International Prostar / VIN: x9986 / $25,738.00 by JD Power 2017 International Prostar / VIN: x1298 / $38,300.00 by JD Power 2015 International Prostar / VIN: x6223 / $24,738.00 by JD Power 2016 International Prostar / VIN: x0124 / $29,288.00 by JD Power 2016 International Prostar / VIN: x0145 / $27,888.00 by JD Power 2018 Volvo VNL670 / VIN:x6049 / $58,510.00 by JD Power 2018 Volvo VNL670 / VIN:x6040 / $57,590.00 by JD Power 2018 Volvo VNL670 / VIN:x6052 / $57,750.00 by JD Power 2018 Volvo VNL670 / VIN:x6027 / $53,550.00 by JD Power 2016 Freightliner Cascadia / VIN: x3466 / $38,595.00 by JD Power 2018 Volvo VNL670 / VIN:x6041 / $58,470.00 by JD Power 2017 International Prostar / VIN: x8758 Rep / $37,500.00 by JD Power 2016 International Prostar / VIN: x5538 Rep / $28,085.00 by JD Power | 03/03/2023 | $536,002.00 |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City                State      ZIP Code | <br><br>XXXX– __ __ __ __ | | |

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. United Community Bank vs. Affiliated Solutions Company, LLC, et. al. | Complaint on Note and Personal Guaranty | Cobb State Court<br>Name<br><br>12 E Park Sq<br>Street<br><br>Building B, First Floor Civil Division<br><br>Marietta, GA 30090-0115<br>City                State      ZIP Code | ☑ Pending<br><br>☐ On appeal<br><br>☐ Concluded |
| **Case number**<br><br>23-A-2981 | | | |

Debtor    Affiliated Solutions Company, LLC                                                    Case number *(if known)*
    Name

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | |
| | | Case title | Court name and address |
| | Street | | Name |
| | | Case number | Street |
| | City        State    ZIP Code | | |
| | | Date of order or assignment | City        State    ZIP Code |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name | | | |
| | Street | | | |
| | City        State    ZIP Code | | | |
| | Recipient's relationship to debtor | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| 10.1. | | | |

---

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page 4

Debtor    Affiliated Solutions Company, LLC                                    Case number *(if known)*
          Name

| **Part 6:** | Certain Payments or Transfers |

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Near Law Firm | Attorney's Fee | 02/27/2023 | $3,850.00 |
| | **Address** | | | |
| | 3945 Holcomb Bridge Rd. 203 Street | | | |
| | Peachtree Corners, GA 30092-5200 City                State    ZIP Code | | | |
| | **Email or website address** | | | |
| | billy@affiliatedtrucks.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Affiliated Solutions Company LLC | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

Debtor    Affiliated Solutions Company, LLC                                    Case number *(if known)*
_____
Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | William Bruce | Used office equipment: 4 Chairs, 2 monitors, water cooler, mini fridge, and two desks. Sold for $350.00 | 03/20/2023 | $350.00 |

| Address |
|---|

_____
Street

_____
GA
City                State      ZIP Code

| Relationship to debtor |
|---|

_____
None

| **Part 7:** | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | Dates of occupancy |
|---|---|---|
| 14.1. | 264 Main St Ste A | From 11/15/2019  To 05/18/2020 |
| | Street | |
| | Forest Park, GA 30297-1762 | |
| | City                State      ZIP Code | |
| 14.1. | 7290 Delta Cir | From 05/15/2020  To 03/31/2023 |
| | Street | |
| | Austell, GA 30168-7404 | |
| | City                State      ZIP Code | |

| **Part 8:** | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Case 23-58205-lrc  Doc 1  Filed 08/25/23  Entered 08/25/23 16:40:41  Desc Main
Document  Page 33 of 45

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | _____ | _____ |
| _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ City   State   ZIP Code | _____ _____ | Check all that apply: ☐ Electronically ☐ Paper |

## Part 9:  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 United Community Bank Name<br>9100 Covington Bypass Street<br><br>Covington, GA 30014 City   State   ZIP Code | XXXX– 8  2  9  0 | ☑ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other _____ | 05/10/2023 | $0.00 |

Debtor    Affiliated Solutions Company, LLC                                    Case number *(if known)*
          Name

## 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|------|------|------|------|
| | Name | | | ☐ No |
| | Street | | | ☐ Yes |
| | | Address | | |
| | City          State     ZIP Code | | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|------|------|------|------|
| | Name | | | ☐ No |
| | Street | | | ☐ Yes |
| | | Address | | |
| | City          State     ZIP Code | | | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|------|------|------|------|
| MASSLANTA EXPRESS LLC | 345 Hurt Rd Se | Paper Title to a 2017 Volvo | $0.00 |
| Name | | VNL64T780 paid for on 11/2/2022 | |
| 4053 Staghorn Ct | | claiming tax exempt. Related to | |
| Street | Smyrna, GA 30082-3032 | Claim of Masslanta and listed in | |
| Fadol Brown | | Other Inventory | |
| Douglasville          GA | | | |
| 30135-4274 | | | |
| City          State     ZIP Code | | | |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor    Affiliated Solutions Company, LLC                                    Case number *(if known)*
          Name

■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| **Case number** | Street | | ☐ On appeal |
| | | | ☐ Concluded |
| | City                State    ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor  Affiliated Solutions Company, LLC                                    Case number *(if known)*
        Name

| Business name and address | Describe the nature of the business | Employer Identification number |
| --- | --- | --- |
| | | Do not include Social Security number or ITIN. |

25.1. _____    _____    EIN:  __ __ – __ __ __ __ __ __ __
      Name

      _____                                      **Dates business existed**
      Street
                                                                   From _____  To _____
      _____

      City          State    ZIP Code

## 26. Books, records, and financial statements

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
| --- | --- |

26a.1. _____    From _____  To _____
       Name

       _____
       Street

       _____

       City                    State        ZIP Code

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
| --- | --- |

26b.1. _____    From _____  To _____
       Name

       _____
       Street

       _____

       City                    State        ZIP Code

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26c.1. Cook, William                                _____
       Name

       345 Hurt Rd Se                               _____
       Street

       Smyrna, GA 30082-3032
       City                    State        ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor    Affiliated Solutions Company, LLC                                    Case number *(if known)*
          Name

| Name and address |
|---|

26d.1. _____
       Name
       _____
       Street
       _____
       _____
       City                          State              ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
      Name
      _____
      Street
      _____
      _____
      City                    State          ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Underwood, Brett | 201 N Lancaster Ct Wichita, KS 67230-7807 | Officer, Managing Member | 50.00% |
| Cook, William | 345 Hurt Rd Se Smyrna, GA 30082-3032 | Officer, Managing Member | 50.00% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ |
| | | | To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

Debtor   Affiliated Solutions Company, LLC
Name

Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Underwood, Brett | $12,000.00 | 09/15/2022 | Salary |
| Name | | | |
| 201 N Lancaster Ct | | | |
| Street | | | |
| Wichita, KS 67230-7807 | | | |
| City          State          ZIP Code | | | |

**Relationship to debtor**

Managing Member

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. Cook, William | $12,000.00 | 09/15/2022 | Salary |
| Name | | | |
| 345 Hurt Rd Se | | | |
| Street | | | |
| Smyrna, GA 30082-3032 | | | |
| City          State          ZIP Code | | | |

**Relationship to debtor**

Managing Member

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____08/25/2023_____
                  MM/  DD/  YYYY

Debtor    Affiliated Solutions Company, LLC                                    Case number *(if known)* _____
          Name

**X** /s/ William Cook                              Printed name _____ William Cook _____
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____ Managing Member _____


**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Georgia

**In re**      Affiliated Solutions Company, LLC

Case No. _____

**Debtor**

Chapter _____7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................. $3,850.00

Prior to the filing of this statement I have received ............................................................... $3,850.00

Balance Due ............................................................................................................................... $0.00

2.   The source of the compensation paid to me was:

☑ Debtor              ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor              ☐ Other (specify)

4.   ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Anything not INCLUDED above.

B2030 (Form 2030) (12/15)

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 08/25/2023 | /s/ Brian Near |
|---|---|
| *Date* | Brian Near |
| | *Signature of Attorney* |

Bar Number: 536170
Near Law Firm
3867 Holcomb Bridge Rd Ste 500
Peachtree Cor, GA 30092-2210
Phone: (770) 242-0850

Near Law Firm
*Name of law firm*

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE: **Affiliated Solutions Company, LLC**                                CASE NO

                                                                          CHAPTER **7**


**VERIFICATION OF CREDITOR MATRIX**


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____08/25/2023_____    Signature _____/s/ William Cook_____
                                                                     William Cook, Managing Member

Interstate Billing Service, Inc.
PO Box 2250
Decatur, AL 35609

All American Bonds &
Insurance
PO Box Box 4955
Winter Park, FL 32793

Brett Underwood
201 N Lancaster Ct
201 N Lancaster Ct
Wichita, KS 67230-7807

William Cook
345 Hurt Rd Se
Smyrna, GA 30082-3032

FW Fleet Clean, LLC
PO Box Box 5059
San Luis Obispo, CA 93403

Georgia Department of
Revenue
Compliance Division ARCS - Bankruptcy
1800 Century Blvd Ne # 9100
Atlanta, GA 30345-3202

Georgia Power
Revenue Recovery
Po Box 105537
Atlanta, GA 30348-5537

MASSLANTA EXPRESS LLC
Fadol Brown
4053 Staghorn Ct
Douglasville, GA 30135-4274

Mitsubishi HC Capital America
777 International Parkway Suite 240
Flower Mound, TX 75022


Mitsubishi HC Capital
America, Inc.
800 Connecticut Ave 4N
Norwalk, CT 06854


Sanders, Ranck & Skilling,
P.C.
Brian Ranck, Esq.
Po Box 1005
Toccoa, GA 30577-1417

Truck Paper
c/o Sandhills Global
PO Box 85673
Lincoln, NE 68501


U.S. Small Business
Administration
Office of Disaster Assistance
14925 Kingsport Rd
Fort Worth, TX 76155-2243

U.S. Small Business
Administration
Director, Records Mgmt Div
409 3rd St., SW
Washington, DC 20416

Brett Underwood
201 N Lancaster Ct
Wichita, KS 67230-7807


United Community Bank
9100 Covington Bypass
Covington, GA 30014

Vanguard Truck Holdings, LLC
34 Old Ivy Rd Ne Ste 200
Atlanta, GA 30342-4560

Varsity Driveaway
23716 W. 83rd Terrace
Shawnee, KS 66227

Wells Fargo Bank, N.A.
420 Montgomery Street
San Francisco, CA 94104

Wells Fargo Card Services
P.O. Box 51193
Los Angeles, CA 90051